﻿Citation Nr: AXXXXXXXX
Decision Date: 01/29/21 Archive Date: 01/29/21

DOCKET NO. 190613-21527
DATE: January 29, 2021

ORDER

The appeal is dismissed.

FINDING OF FACT

As the reductions in evaluations of the service-connected radiculopathy of the right and left lower extremities from 20 percent to 10 percent each was only a proposed action not subject to appeal, there remains no matter in controversy.

CONCLUSION OF LAW

The criteria for dismissal of appeal have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

In a May 2019 rating decision, the Agency of Original Jurisdiction (AOJ) proposed to reduce the evaluations of the service-connected radiculopathy of the right lower extremity and radiculopathy of the left lower extremity from 20 percent to 10 percent each. In June 2019, the Veteran filed a notice of disagreement and requested a hearing (which he later withdrew in July 2019). 

However, the Veteran may not appeal a proposed action. Thus, his notice of disagreement was premature. Regrettably, the AOJ certified the case to the Board, and the Board issued a letter to the Veteran in August 2019 indicating that his notice of disagreement had been received. Significantly, however, as the reductions in evaluations of the service-connected radiculopathy of the right and left lower extremities from 20 percent to 10 percent each was only a proposed action not subject to appeal, there remains no matter in controversy. Accordingly, the appeal as to these issues must be dismissed for lack of jurisdiction. 38 U.S.C. §§ 7104(a), 7105(d)(5).

In reaching this decision, the Board notes that the AOJ later implemented these proposed reductions in a January 2021 rating decision. The Veteran is free to appeal that decision. 

 

 

THERESA M. CATINO

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. W. Kim, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.